**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anita M. Menegaux <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 17-10192 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Respectfully submitted,

**/s/Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734