## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EPA DISTRICT OF PENNSYLVANIA

IN RE: Anita M. Menegaux                    CHAPTER 7
                    Debtor

                                            BKY. NO. 17-10192 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

(RE: Loan Acct. ending in 4998 (HELOC))

     Respectfully submitted,

     **/s/ Matteo S. Weiner, Esquire**
     Matteo S. Weiner, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734