Certificate Number: 02921-PAE-DE-028946695

Bankruptcy Case Number: 17-10192



02921-PAE-DE-028946695

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 19, 2017, at 8:49 o'clock PM EDT, Anita Menegaux completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 20, 2017            By:    /s/Joan B Reading

                                 Name:  Joan B Reading

                                 Title: President