## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anita M. Menegaux | |
| Debtor | CHAPTER 7 |
| M&T Bank | |
| Movant | |
| vs. | |
| Anita M. Menegaux | NO. 17-10192 JKF |
| Debtor | |
| Edmund C. Menegaux    Co-Debtor | |
| Bonnie B. Finkel | 11 U.S.C. Section 362 |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of M&T Bank, which was filed with the Court on or about **March 15, 2017**.

Respectfully submitted,

*/s/ Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

April 25, 2017