| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Anita M. Menegaux<br>601 Redwing Rd<br>Perkasie, PA 18944<br><br>678-472-6554<br>menegaux3@gmail.com<br><br>☒ Respondent appearing without attorney<br>☐ Attorney for Respondent: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>Anita M. Menegaux<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 17-10192 JKF |
|---|---|
| | CHAPTER: 7 |
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 07/25/2018<br>TIME: 1:00 pm<br>COURTROOM: 3<br>PLACE: United States Bankruptcy Court, Robert C. Nix Building, 900 Market St, Ste 400, Philadelphia, PA 19107-4299 |

**Movant:** M&T Bank

**Respondent:** ☒ Debtor   ☐ trustee   ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                  Page 1                                                          F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (date): _____ and the reason for this request is (specify):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

      The Debtor:
      (1) ☐ has no knowledge of the Property.
      (2) ☐ has no interest in the Property.
      (3) ☐ has no actual possession of the Property.
      (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit ____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☒ The Motion was not properly served (specify):

      (1) ☒ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☒ An incorrect address for service of the Motion was used for (specify):
          Edmond C. Menegaux throughout the process and for Anita Menegaux using wrong address in notification of sheriff sale.

   b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

      (1) ☐ The value of the Property is $ _____, based upon (specify):

      (2) ☐ Total amount of debt (loans) on the Property is $ _____.

      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit ____.

      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit ____.

      (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit ____.

      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit ____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit ____.

      (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit ____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 2                                    F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other (*specify*):
There have been irregularities: two banks involved and numbers altered. Responded to letter from bank with offer of money for relocation. Have been told by realtor they are instead seeking eviction.

c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or  ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (*specify*):

(7) ☒ The motion should be denied because (*specify*):
The bank's attorney has been representing to prospective buyers that the home is no longer owned by us, but in this motion says that it is. There have been irregularities in process that should be resolved.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor
☐ Declaration by trustee
☐ Declaration by appraiser

☐ Declaration by the Debtor's attorney
☐ Declaration by trustee's attorney
☒ Other (*specify*): Case info 2015-03001 vs. 2014-07645 (terminated) irregularities

Date: 07/11/2018

_____
Printed name of law firm for Respondent (if applicable)

Anita M. Menegaux
Printed name of individual Respondent or attorney for Respondent

/s/ Anita M. Menegaux
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 3                              F 4001-1.RFS.RESPONSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/11/2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Jean K. Fitzsimon, US Bankruptcy Ct, Robert N.C. Nix Bldg, 900 Market St, Ste 400, Phila PA 19107-4299
Kevin G. McDonald, KML Law Group, Ste 5000 - BNY Independence Center, 701 Market St, Phila PA 19106
Bonnie B. Finkel, PO Box 1710, Cherry Hill, NJ 08034

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/11/2018 | Anita Menegaux | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 4                            F 4001-1.RFS.RESPONSE

WRIT OF EXECUTION – (MORTGAGE FORECLOSURE)
P.R.C.P. 3180-3183 AND Rule 3257

| | |
|---|---|
| M&T BANK<br>One Fountain Plaza<br>Buffalo, NY 14203<br><br>vs.<br><br>EDMOND C. MENEGAUX<br>ANITA M. MENEGAUX<br>601 Redwing Road<br>Perkasie, PA 18944 | In the Court of Common Pleas of<br>Bucks County<br><br>No. 2014-07645<br><br>WRIT OF EXECUTION<br>(MORTGAGE FORECLOSURE) |

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF BUCKS

TO THE SHERIFF OF BUCKS COUNTY, PENNSYLVANIA

    To satisfy the judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

PREMISES: 601 Redwing Road Perkasie, PA 18944

See Exhibit "A" attached

AMOUNT DUE    $405,350.88

Interest From 05/24/2016 Through Date of Sale
per diem at $43.02

(Costs to be added)    408.75

**PATRICIA L. BACHTLE**

Dated: 10-17-16

Prothonotary, Common Pleas Court
of Bucks County, Pennsylvania

Deputy _____



Case #2015-03001

| | |
|---|---|
| Case Number | 2015-03001 |
| Matter Code | |
| Commencement Date | 4/20/2015 1:28:33 PM |
| Case Type | COMPLAINT IN MORTGAGE FORECLOSURE |
| PFA Number | |
| Caption Plaintiff | M&T BANK |
| Caption Defendant | MENEGAUX, EDMOND |
| Lis Pendens Indicator | No |
| Status | 6 |
| Judge | ROBERT J. MELLON |
| Parcel Number | 15-017-020-0002 |
| Remarks | COMPLAINT IN MORTGAGE FORECLOSURE REAL PROPERTY MORTGAGE FORECLOSURE:RESIDENTIAL WITH NOTICE TO DEFEND |
| Sealed | No |
| Consolidated | No |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| M&T BANK | ONE FOUNTAIN PLAZA BUFFALO, NY 14203 UNITED STATES | CONNOR, CRISTINA LYNN | Yes | 1 | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| MENEGAUX, EDMOND C | 601 REDWING ROAD PERKASIE, PA 18944 UNITED STATES | | Yes | 1 | |
| MENEGAUX, ANITA M | 601 REDWING ROAD PERKASIE, PA 18944 UNITED STATES | | Yes | 2 | |

## Docket Entries

| Seq. | Filing Date | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|
| 0 | 4/20/2015 1:28:33 PM | COMPLAINT IN MORTGAGE FORECLOSURE REAL PROPERTY MORTGAGE FORECLOSURE:RESIDENTIAL WITH NOTICE TO DEFEND | No | 10848344 |
| 1 | 4/20/2015 2:05:56 PM | APPEARANCE OF CRISTINA LYNN CONNOR ESQ., ENTERED FOR PLAINTIFF. | No | 10848445 |
| 2 | 4/21/2015 3:21:10 PM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 15-1-06330. AMOUNT PAID $ 79.00. MN | No | 10850130 |
| 3 | 4/24/2015 8:10:49 AM | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY LANDIS , SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A) (I) SERVED EDMOND C MENEGAUX AND ANITA M MENEGAUX BOTH BY HANDING TO ANITA MENEGAUX, PERSONALLY AT 601 REDWING RD, PERKASIE, PA , | No | 10858739 |
| 4 | 4/30/2015 10:39:41 AM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO KML LAW GROUP PC TRANSACTION # 15 1 06330 | No | 10859142 |
| 5 | 5/20/2015 11:30:55 AM | PRAECIPE TO REINSTATE COMPLAINT FILED. EO DIE, COMPLAINT REINSTATED. | No | 10876534 |
| 6 | 5/21/2015 12:15:56 | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # . 15 1 08025 AMOUNT PAID $58.00 . DM . | No | 10878319 |

| | | | | |
|---|---|---|---|---|
| 7 | 6/15/2015 2:35:37 PM | SHERIFF' RETURN, UNDER OATH, NOT FOUND BY DEPUTY LANDIS AS TO DEFENDANT EDMOND C. MENEGAUX, 3 ATTEMPTS, LEFT NOTICE, NO RESPONSE. 1804 KIWI COURT, PERKASIE, PA | No | 10904406 |
| 8 | 6/17/2015 9:21:35 AM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO KML LAW GROUP P.C. TRANSACTION # 15 1 08025 | No | 10904408 |
| 9 | 7/7/2015 3:45:56 PM | PRAECIPE TO REINSTATE COMPLAINT FILED. EO DIE, COMPLAINT REINSTATED. | No | 10922442 |
| 10 | 7/9/2015 4:21:44 PM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # . 15 1 10593 AMOUNT PAID $58.00 . | No | 10924894 |
| 11 | 7/23/2015 11:20:28 AM | SHERIFF' RETURN, UNDER OATH, NOT FOUND BY DEPUTY LANDIS AS TO DEFENDANT EDMOND C. MENEGAUX, DEFT MOVED, DEPUTY SPOKE WITH EMPLOYEE @ AMXCENTRIA PHARMA, TENANT IN REAR OF 306 DEFT IS FORMER OWNER OF PILOT CO, WHICH WAS OTHER HALF OF BLDG. COMPANY CLOSED AND DEFT HAS NOT BEEN SEEN OF 2 YEARS. 306 KEYSTONE DRIVE, TELFORD, PA | No | 10941676 |
| 12 | 7/29/2015 1:21:12 PM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO KML LAW GROUP TRANSACTION # 15 1 10593 | No | 10942316 |
| 13 | 8/5/2015 1:59:23 PM | PRAECIPE TO REINSTATE COMPLAINT FILED. EO DIE, COMPLAINT REINSTATED. | No | 10948778 |
| 14 | 8/7/2015 10:55:22 AM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION #15 1 12077 . AMOUNT PAID $48.00 AG . | No | 10950614 |
| 15 | 8/7/2015 10:55:44 AM | DEPUTIZED SHERIFF OF (46) MONTGOMERY COUNTY TO SERVE EDMOND C MENEGAUX AT 418 PIERCE ST LANSDALE, PA 19446 $33.00 , ENCLOSED. AG | No | 10950615 |
| 16 | 8/17/2015 10:15:08 AM | SHERIFF' RETURN FROM (46) MONTGOMERY COUNTY RECEIVED. NOT FOUND AS TO EDMOND C MENEGAUX AT 418 PIERCE ST LANSDALE, PA 19446, ADDRESS IS VACANT. AG | No | 10968170 |
| 17 | 8/31/2015 9:27:35 AM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO KML LAW GROUP, PC. TRANSACTION # 15 1 12077. DLL | No | 10969811 |
| 18 | 9/18/2015 E 8:26:14 AM | PRAECIPE TO REINSTATE COMPLAINT FILED. EO DIE, COMPLAINT REINSTATED. | No | 10986234 |
| 19 | 10/16/2015 E 2:34:11 PM | MOTION FOR LEAVE TO MAKE SUBSTITUTED SERVICE BY PLTF | No | 11011549 |
| 20 | 10/16/2015 E 2:34:11 PM | MEMORANDUM OF LAW/BRIEF | No | 11011550 |
| 21 | 10/16/2015 E 2:34:11 PM | CERTIFICATE OF SERVICE. WITH SERVICE ON 10/16/2015. | No | 11011551 |
| 22 | 10/21/2015 3:56:53 PM | ORDER ENTERED ON 10-20-15 BY JUDGE ROBERT MELLON; MOTION FOR ALT SERVICE IS GRANTED, DEFT TO BE SERVED BY REGULAR AND CERT MAIL AND POSTING THE PREMISES THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 10/27/2015 PURSUANT TO PA. R. C. P. 236. | No | 11019948 |
| 23 | 11/3/2015 E 2:51:07 PM | PRAECIPE TO REINSTATE COMPLAINT FILED. EO DIE, COMPLAINT REINSTATED. | No | 11026073 |
| 24 | 11/10/2015 11:34:23 AM | CERTIFICATE OF SERVICE COPY OF COMPLAINT BY CERTIFIED & REGULAR MAIL ON DEFT EDMOND C MENEGAUX ON 11/5/15 | No | 11031481 |
| 25 | 11/18/2015 11:24:10 AM | ORDER ENTERED A CONCILIATION CONFERENCE IS SCHEDULED FOR JANUARNY 25, 2016 AT 10:30 AM IN CONFERENCE ROOM OF THE BUCKS COUNTY BAR ASSOCIATION, 135 E STATE STREET, DOYLESTOWN, PA. SIGNED BY JEFFREY L. FINLEY, PRESIDENT JUDGE. | No | 11042070 |
| 26 | 11/24/2015 12:12:22 PM | AFFIDAVIT OF SERVICE OF COMPLAINT BY PROCESS SERVER ON 11/14/15 PERSONALLY SERVED COMPLAINT UPON EDMOND C MENEGAUX BY POSTING. | No | 11043638 |
| 27 | 1/26/2016 3:48:16 PM | ORDER ENTERED THE MEDIATION CONFERENCE SCHEDULED FOR JAN. 25, 2016 AT 10:30 AM HAS BEEN CHANGED TO FEB. 29, 2016 AT 10:30 AM IN CONFERENCE ROOM B, BUCKS COUNTY BAR ASSOCIATION, 135 E STATE ST., DOYLESTOWN, PA SIGNED BY JEFFREY L. FINLEY, PRESIDENT JUDGE. | No | 11116327 |

| # | Date/Time | E | Description | | ID |
|---|---|---|---|---|---|
| 28 | 3/8/2016 12:13:45 PM | | ORDER ENTERED FOR FOLLOW-UP CONFERENCE ON MAY 9, 2016 AT 10:30 AM IN CONFERENCE ROOM B OF THE BUCKS COUNTY BAR ASSOCIATION, 135 E STATE ST, DOYLESTOWN, PA. CONTINUED AFTER 30 DAYS. SIGNED BY JEFFREY L. FINLEY, PRESIDENT JUDGE. | No | 11155080 |
| 29 | 5/6/2016 12:04:00 PM | | ORDER ENTERED FOR FOLLOW-UP CONFERENCE ON JULY 25, AT 11:30 AM IN CONFERENCE ROOM B OF THE BUCKS COUNTY BAR ASSOCIATION, 135 E STATE ST, DOYLESTOWN, PA. CONTINUED AFTER 45 DAYS. SIGNED BY JEFFREY L. FINLEY, PRESIDENT JUDGE. | No | 11211186 |
| 30 | 8/10/2016 2:00:11 PM | | ORDER ENTERED THE CONCILIATION CONFERENCE HAVING BEEN CONCLUDED, AND IT APPEARING THAT AN AGREEMENT IS NOT POSSIBLE; THE PLAINTIFF IS AUTHORIZED TO PROCEED IN THE ACTION AS PROVIDED BY THE APPLICABLE RULES OF CIVIL PROCEDURE, WHICH MAY INCLUDE ENTRY OF A JUDGMENT BY DEFAULT PURSUANT TO PA.R.C.P. NO 237.1 ET SEQ. IN THE ABSENCE OF THE FILING OF A RESPONSIVE PLEADING BY DEFENDANT(S). DEFENDANT DID NOT APPEAR. SIGNED BY JEFFREY L. FINLEY, PRESIDENT JUDGE. | No | 11291864 |
| 31 | 8/29/2016 12:59:04 PM | | ANSWER BY DEFTS TO COMPLAINT | No | 11305293 |
| 32 | 8/29/2016 12:59:26 PM | | CERTIFICATE OF SERVICE | No | 11305294 |
| 33 | 12/13/2016 5:04:10 PM | E | MOTION FOR SUMMARY JUDGMENT BY PLTF. WITH SERVICE ON 12/13/2016. | No | 11472908 |
| 34 | 12/13/2016 5:04:37 PM | E | MEMORANDUM OF LAW/BRIEF BY PLTF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | No | 11472909 |
| 35 | 1/16/2017 4:09:52 PM | E | NOTICE OF PENDING BANKRUPTCY PROCEEDINGS BY PLTF OF DEFT ANITA M MENEGAUX. WITH SERVICE ON 01/16/2017. | No | 11495779 |
| 36 | 7/10/2017 2:35:23 PM | E | PRAECIPE TO REACTIVATE CASE DUE TO THE AUTOMATIC STAY OF THE BANKRUPTCY BEING LIFTED BY PLTF. WITH SERVICE ON 07/10/2017. | No | 11645877 |
| 38 | 7/24/2017 3:14:02 PM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B) BY PLTF | No | 11657381 |
| 37 | 7/24/2017 3:16:32 PM | E | AFFIDAVIT OF SERVICE BY MAIL A COPY OF THE PRAECIPE UNDER 208.3(B) ON 7/24/2017 BY PLAINTIFF | No | 11657382 |
| 39 | 8/7/2017 9:28:09 AM | | FILE SENT TO JUDGE MELLON PURSUANT TO RULE 208.3(B) PRAECIPE.FILED 7/24/2017 | No | 11668493 |
| 41 | 9/12/2017 12:49:27 PM | | ORDER ENTERED ON 9-7-17 BY JUDGE MELLON; PLTFS MOTION FOR SUMMARY JUDGMENT IS GRANTED. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 09/27/2017 PURSUANT TO PA. R. C. P. 236. | No | 11711541 |
| 40 | 9/21/2017 3:33:30 PM | E | AFFIDAVIT OF SERVICE BY GENEVIEVE GROSS CERTIFY THAT COURT ORDER DATED 9/7/17 WAS SERVED BY FIRST CLASS MAIL ON 9/21/17 UPON ALL INTERESTED PARTIES | No | 11706852 |
| 42 | 9/26/2017 9:51:51 AM | E | PRAECIPE TO ENTER JUDGMENT ON THE ORDER OF 09/07/2017 FILED IN FAVOR OF M&T BANK & AGAINST EDMOND C MENEGAUX; ANITA M MENEGAUX. EO DIE JUDGMENT ENTERED IN THE SUM OF $393,727.25. NOTICE 236 SENT ON 9-26-2017. | No | 11709673 |
| 43 | 9/27/2017 2:20:57 PM | | PRAECIPE FOR WRIT OF EXECUTION - MORTGAGE FORECLOSURE. TMP#15-017-020-0002 | No | 11711518 |
| 44 | 9/27/2017 3:13:07 PM | | AFFIDAVIT OF SERVICE OF NOTICE OF SALE FILED. (PA.R.C.P. 3129.1) | No | 11711987 |
| 45 | 9/28/2017 10:41:15 AM | | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2017 1 16298. AMOUNT PAID $2,000.00 . | No | 11712595 |
| 46 | 9/28/2017 10:41:32 AM | | REAL ESTATE SALE: SALE DATE JANUARY 12, 2018. ATTY ON WRIT MICHAEL T. MCKEEVER, 215-627-1322. | No | 11712596 |
| 47 | 9/28/2017 10:41:53 AM | | ADDRESS OF REAL ESTATE: 601 REDWING ROAD, PERKASIE. TAX PARCEL # 15-017-020-002. | No | 11712597 |
| 48 | 9/28/2017 | | REAL DEBT FIXED IN THE AMOUNT OF $393,727.25 | No | 11712598 |

| # | Date | E | Description | | Doc ID |
|---|---|---|---|---|---|
| 49 | 9/28/2017 10:42:51 AM | | FORMER COSTS IN THE SUM OF $588.25 | No | 11712644 |
| 50 | 9/28/2017 10:43:02 AM | | REAL ESTATE SALE: LEVY TO DEPUTY ON THIS DATE. | No | 11712645 |
| 51 | 9/29/2017 11:46:20 AM | | REAL ESTATE LEVIED UPON BY DEPUTY SCISS AT 11AM ON THIS DATE. | No | 11715138 |
| 52 | 11/29/2017 10:42:06 AM | | SHERIFF'S HAND BILL POSTED BY DEPUTY SCISS AT 7:36AM ON THIS DATE. | No | 11767771 |
| 53 | 12/18/2017 10:06:00 AM | E | MOTION/PETITION FOR LEAVE TO MAKE SUBSTITUTED SERVICE BY PLTF. WITH SERVICE ON 12/15/2017. | No | 11779220 |
| 54 | 12/18/2017 10:06:00 AM | E | MEMORANDUM OF LAW/BRIEF | No | 11779222 |
| 55 | 1/9/2018 8:19:36 AM | | SALE ADJOURNED BY ATTORNEY ON WRIT MICHAEL T. MCKEEVER TO MARCH 9, 2018 SALE. | No | 11794359 |
| 56 | 1/23/2018 3:01:39 PM | E | NOTICE OF THE DATE OF CONTINUED SHERIFF SALE BY PLTF | No | 11807150 |
| 57 | 1/23/2018 3:01:39 PM | E | CERTIFICATE OF SERVICE. WITH SERVICE ON 01/16/2018. | No | 11807151 |
| 58 | 1/29/2018 3:54:58 PM | | ORDER ENTERED ON 1-25-2018 BY JUDGE MELLON; DEFT ANITA M MENEGAUX TO BE SERVED BY POSTING THE PREMISES AND MAILING REGULAR AND CERTIFIED MAIL THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 02/02/2018 PURSUANT TO PA. R. C. P. 236. | No | 11814538 |
| 59 | 2/6/2018 12:40:06 PM | E | AFFIDAVIT OF SERVICE BY MARLENE POWERS CERTIFY THAT COURT ORDER DATED 1/25/18 WAS SERVED BY FIRST CLASS MAIL ON 2/6/18 UPON ALL INTERESTED PARTIES | No | 11818796 |
| 60 | 2/13/2018 1:52:56 PM | | RETURNED COPY OF ORDER UNDELIVERED TO EDMOND C MENEGAUX | No | 11824742 |
| 61 | 2/22/2018 8:24:31 AM | | SALE ADJOURNED BY ATTORNEY ON WRIT MICHAEL MCKEEVER TO 4/13/2017 SALE. | No | 11832539 |
| 62 | 3/5/2018 3:05:03 PM | E | NOTICE OF THE DATE OF CONTINUED SHERIFF SALE BY PLTF | No | 11841830 |
| 63 | 3/5/2018 3:05:03 PM | E | CERTIFICATE OF SERVICE. WITH SERVICE ON 02/28/2018. | No | 11841831 |
| 64 | 3/14/2018 1:51:44 PM | | AFFIDAVIT OF SERVICE OF NOTICE OF SALE FILED. (PA.R.C.P. 3129.1) | No | 11849465 |
| 65 | 3/14/2018 3:07:13 PM | | REAL ESTATE SALE: AFFIDAVIT OF SERVICE RECD FROM ATTY ON WRIT SHOWING DEFT EDMUND C. MENEGAUX SRVD W/NOTICE OF SALE ON 10/13/17 AT 12:18PM BY POSTING PROPERTY AT 601 REDWING ROAD, PERKASIE, PA 18944. | No | 11849598 |
| 66 | 4/13/2018 2:51:37 PM | | REAL ESTATE COMPETITIVELY BID IN THE SUM OF $212,000.00 . SOLD TO FYDOR LUSHNIKOV | No | 11875845 |
| 67 | 4/13/2018 2:52:06 PM | | RECEIVED IN SHERIFF'S OFFICE. TRANSACTION #2018 1 06506 . AMOUNT PAID $22,000.00 . | No | 11875846 |
| 68 | 4/17/2018 10:02:57 AM | | REAL ESTATE SALE: PAPERWORK GIVEN TO SHERIFF'S OFFICE TITLE COMPANY | No | 11877701 |
| 69 | 4/25/2018 9:29:08 AM | | REAL ESTATE SALE: THIRD PARTY BUYER INFORMED OFFICE THAT HE WILL NOT BE MEETING THE CONDITIONS OF SALE. ATTY ON WRIT REGISTERED A SECOND BID, THIS PROPERTY REVERTS TO A COST SALE. EMAILED TITLE COMPANY TO STOP THE TITLE SEARCH. SOLD TO PLAINTIFF FOR COSTS, $1,112.00 | No | 11885139 |

| | | | | |
|---|---|---|---|---|
| 70 | 5/2/2018 9:43:42 AM | SHERIFF'S REFUND MADE TO KML LAW GROUP P.C., CHECK # 91810, IN THE SUM OF $865.76. SOLD FOR COST ON APRIL 13, 2018. (ADVANCE REFUNDED - RECEIPT # 2017-1-16298). | No | 11893846 |
| 71 | 5/2/2018 9:44:32 AM | SHERIFF'S REFUND MADE TO FYDOR LUSHNIKOV, CHECK # 91812, IN THE SUM OF $17,725.00 WHICH RESULTED FROM THE INITIAL DEPOSIT OF $22,000.00 LESS SHERIFF'S COMMISSION OF $4,240.00 LESS TOHICKON SETTLEMENT FEE OF $35.00. REVERTED FROM 3RD PARTY SALE TO COST SALE. (ADVANCE REFUNDED - RECEIPT # 2017-1-16298). | No | 11893847 |
| 72 | 5/4/2018 11:15:37 AM | DEED RECORDED ON 5/4/18 AT 9:18AM INSTRUMENT #2018023041 TO M&T BANK, ONE FOUNTAIN PLAZA, BUFFALO, NY 14203. | No | 11901342 |
| 73 | 5/4/2018 11:16:10 AM | RETURN MADE TO PROTHONOTARY. | No | 11901385 |

# Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| M&T BANK | MENEGAUX, ANITA M | 9/26/2017 9:48:46 AM | 393727.25 |
| M&T BANK | MENEGAUX, EDMOND C | 9/26/2017 9:48:35 AM | 393727.25 |

# Parcel Numbers

| Parcel Numbers |
|---|
| 15-017-020-0002 |