**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Anita M. Menegaux | | CHAPTER 7 |
| | Debtor | |
| M&T Bank | | |
| | Movant | NO. 17-10192 JKF |
| vs. | | |
| Anita M. Menegaux | | |
| | Debtor | 11 U.S.C. Section 362 and 1301 |
| Edmund C. Menegaux | | |
| | Co-Debtor | |
| Bonnie B. Finkel | | |
| | Trustee | |

## **ORDER**

AND NOW, this 30th day of July, 2018 at Philadelphia, upon failure of Debtor and CO-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Amended Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 601 Redwing Road, Perkasie, PA 18944 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Anita M. Menegaux
601 Redwing Road
Perkasie, PA 18944

Edmund C. Menegaux
1108 Market Street
Perkasie, PA 18944

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Bonnie B. Finkel
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532