United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anita M. Menegaux  
    Debtor

Case No. 17-10192-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: DonnaR | Page 1 of 1 | Date Rcvd: Jul 30, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
db          +Anita M. Menegaux,    601 Redwing Rd.,    Perkasie, PA 18944-3129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
        BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
        BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
         NJ69@ecfcbis.com;Finkeltrustee@comcast.net
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JON M. ADELSTEIN    on behalf of Debtor Anita M. Menegaux jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Anita M. Menegaux | Debtor | CHAPTER 7 |
| M&T Bank | Movant | NO. 17-10192 JKF |
| vs. | | |
| Anita M. Menegaux | Debtor | 11 U.S.C. Section 362 and 1301 |
| Edmund C. Menegaux | Co-Debtor | |
| Bonnie B. Finkel | Trustee | |

## ORDER

AND NOW, this 30th day of July, 2018 at Philadelphia, upon failure of Debtor and CO-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Amended Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 601 Redwing Road, Perkasie, PA 18944 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Anita M. Menegaux
601 Redwing Road
Perkasie, PA 18944

Edmund C. Menegaux
1108 Market Street
Perkasie, PA 18944

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Bonnie B. Finkel
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532