UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :CHAPTER 7

ANITA M. MENEGAUX,

        DEBTOR                      :BANKRUPTCY NO. 17-10192 JKF

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Bonnie B. Finkel, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case.  The Trustee further investigated the potential assets and determined that there would be insufficient proceeds to distribute to unsecured creditors after administrative costs were paid.  The trustee has concluded, therefore, that there are no assets to administer in this case.

                                                              /s/ Bonnie B. Finkel, Esq.
Dated: March 31, 2020                                           Chapter 7 Trustee